No. 90–1953. DARDEN *v.* NATIONWIDE MUTUAL INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied. 

No. 90–7616. CALDWELL *v.* QUINLAN, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. D. C. Cir. Certiorari denied. 

No. 90–8133. BARAJAS-CARDENAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8508. BROWN *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–29. MELTON *v.* CITY OF OKLAHOMA CITY ET AL.;

No. 91–280. MAXWELL, MAJOR, OKLAHOMA CITY POLICE DEPARTMENT, ET AL. *v.* MELTON;

No. 91–281. CITY OF OKLAHOMA CITY *v.* MELTON; and

No. 91–304. GRAMLING, CHIEF OF POLICE FOR THE CITY OF OKLAHOMA CITY *v.* MELTON. C. A. 10th Cir. Certiorari denied. Reported below: 928 F. 2d 920.

No. 91–48. AFIA/CIGNA WORLDWIDE ET AL. *v.* FELKNER, DEPUTY COMMISSIONER, OFFICE OF WORKERS' COMPENSATION PROGRAMS, EIGHTH COMPENSATION DISTRICT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–71. MING WAN LEUNG ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–75. AMERICAN POSTAL WORKERS UNION, AFL–CIO *v.* UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Certiorari denied.

No. 91–81. BARR LABORATORIES, INC. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and

No. 91–300. NATIONAL ASSOCIATION OF PHARMACEUTICAL MANUFACTURERS *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 289 U. S. App. D. C. 187, 930 F. 2d 72.

No. 91–88. SUSSEL *v.* CITY AND COUNTY OF HONOLULU ET AL. C. A. 9th Cir. Certiorari denied.